IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JIMMY JORDAN, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CIV-17-355-C |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on October 25, 2017. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, for failure to comply with the Court's Orders, the Report and Recommendation (Dkt. No. 17) of the Magistrate Judge is adopted and this case is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 21st day of November, 2017.

ROBIN J. CAUTHRON
United States District Judge